

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

September 23, 2015

M. Patrick Maguire
M. Patrick Maguire, P.C.
945 Barnett St.
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

Tonya Kay Ahlschwede
452nd District Attorney
1024 McKinley
Mason, TX 76849-0046
* DELIVERED VIA E-MAIL *

Tina  C. Young
Official Court Reporter
902 South Church Street
Brady, TX 76825
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:  04-15-00450-CR
        Trial Court Case Number:  2012-02190
        Style:  Cesario Ramon, Jr.
                v.
            The State of Texas

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

                   Very truly yours,
                   KEITH E. HOTTLE, CLERK

                   Cecilia Barbosa
                   Deputy Clerk, Ext. 5-3221

cc: Ann Kothman (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00450-CR

Cesario **RAMON, JR.,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 452nd District Court, Menard County, Texas
Trial Court No. 2012-02190
Rob Hofmann, Judge Presiding

# O R D E R

On August 12, 2015, we remanded this cause to the trial court for it to determine whether appellant is indigent and for the appointment, if necessary, of appellate counsel. We suspended all other appellate deadlines until further notice from this court.

The trial court has found appellant indigent, that he wishes to prosecute his appeal, and appointed Mr. Patrick Maguire as appellant's appellate counsel. We hereby lift the suspension of all other deadlines

Ms. Tina C. Young is ORDERED to file the reporter's record no later than October 22, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court